UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5767BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR WITHDRAWAL AND FOR SUBSTITUTION OF COUNSEL |
| DANIEL GONZALEZ-AGUIREZ, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Motion for Withdrawal and for Substitution of Counsel,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel and any appendixes thereto be sealed.

DONE this 23rd day of January, 2009.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Miriam F. Schwartz*
MIRIAM F. SCHWARTZ
Attorney for Defendant

ORDER SEALING AFFIDAVIT OF COUNSEL
*United States v. Gonzalez-Aguirez*, CR08-5767(BHS)– page 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway , Suite 400
Tacoma, Washington 98402
(253) 593-6710