**THE HONORABLE BENJAMIN H. SETTLE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,) | ) | |
| Plaintiff, | ) | NO: CR08-5767BHS |
| | ) | |
| vs. | ) | |
| | ) | ORDER GRANTING |
| | ) | STIPULATED MOTION |
| DANIEL GONZALEZ-AGUIREZ, | ) | TO EXTEND INDICTMENT |
| | ) | DEADLINE |
| Defendant. | ) | |

Upon stipulation of the parties to continue the speedy indictment time to allow counsel to continue to investigate and negotiate this case, and upon the defendant's Waiver of Rights to Speedy Indictment, the Court finds that such a continuance would serve the ends of justice, and that the failure to grant such continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

IT IS HEREBY ORDERED that the time to file an indictment in this matter be

ORDER GRANTING STIPULATED
MOTION TO EXTEND INDICTMENT
DEADLINE . . . . 1

continued to March 15, 2009. The period of delay resulting from this continuance from February 13, 2009 to March 15, 2009, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this 12th day of February, 2009.

_____
BENJAMIN H. SETTLE
US District Court Judge

Presented by:


s/Roger A. Hunko
Roger A. Hunko
Attorney for Defendant


s/Nicholas William Brown
Nicholas William Brown
Assistant United States Attorney